IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| CITY OF WARREN POLICE AND FIRE RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br>    *Plaintiff*,<br><br>v.<br><br>HASBRO, INC., BRIAN D. GOLDNER and DEBORAH M. THOMAS<br>    *Defendant*. | C.A. No. 1:18-cv-00543-WES-LDA |

## **DEFENDANT'S CORPORATE DISCLOSURE**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant, Hasbro, Inc., hereby states that no parent corporation or publicly held corporation owns Ten Percent (10%) or more of its stock.

Dated:  November 19, 2018                     /s/  Patricia K. Rocha
                                                                         PATRICIA K. ROCHA (#2793)
                                                                         JOHN A. TARANTINO (#2586)
                                                                         ADLER POLLOCK & SHEEHAN P.C.
                                                                         One Citizens Plaza, 8th Floor
                                                                         Providence, RI 02903
                                                                         Tel:  401-274-7200
                                                                         Fax: 401-351-4607
                                                                         procha@apslaw.com
                                                                         jtarantino@apslaw.com

                                                                         **Attorneys for Defendant Hasbro, Inc.**

## **CERTIFICATE OF SERVICE**

   I hereby certify that on November 19, 2018, I served *via the Electronic Court Filing System (ECF)* a true copy of the within pleading on counsel of record.  The document has been filed electronically and it is available for viewing and downloading from the ECF system.

                /s/ Patricia K. Rocha